

# Fourth Court of Appeals
## San Antonio, Texas

May 25, 2022

No. 04-22-00256-CV

Robert **KOEPKE**,
Appellant

v.

**THE LEGISLATURE OF TEXAS, ET. AL.**,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-25237
Honorable Martha Tanner, Judge Presiding

# O R D E R

On May 23, 2022, appellant filed a "Motion for Request for Emergency Injunction (Voting Systems)" and a "Motion for Request for Emergency Injunction (Pandemic Measures)." After considering the motions, both motions are DENIED.

It is so **ORDERED** on May 25, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT